1  THOMAS O. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  California Bar Number 149883
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
   DEE R. EDGEWORTH
6  Special Assistant United States Attorney
   California Bar Number 103302
7  Asset Forfeiture Section
        1400 United States Courthouse
8       312 North Spring Street
        Los Angeles, California 90012
9       Telephone: (909) 891-3301
        Facsimile: (909) 891-3626
10      Email    dedgeworth@da.sbcounty.gov

11 Attorneys for Plaintiff
   United States of America
12
                   UNITED STATES DISTRICT COURT
13
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                        EASTERN DIVISION
15
16 UNITED STATES OF AMERICA,        )  EDCV 07-635 VAP (JCRx)
                                    )
17            Plaintiff,            )  [PROPOSED]
                                    )
18       v.                         )  **CONSENT JUDGMENT OF FORFEITURE AS**
                                    )  **TO CERTAIN OF THE DEFENDANT ASSETS**
19 $252,460.00 IN U.S. CURRENCY,    )
   ONE 1960 CHEVROLET IMPALA,       )  **[NOTE: THIS JUDGMENT DOES NOT**
20 THREE 2007 CADILLAC ESCALADES,   )  **DISPOSE OF THE ENTIRE ACTION]**
   ONE 2006 INFINITY QX SUV, ONE    )
21 2007 MERCEDES BENZ S CLASS       )
   S550, ONE 2005 MERCEDES BENZ     )
22 G55 SUV, AND ONE 2006 FORD F650) 
   PICK UP TRUCK,                   )
23                                  )
              Defendants.           )
24 _____  )
   STACY BARAJAS-NUNEZ,             )
25                                  )
              Claimant.             )
26                                  )
   _____  )
27

28

1    By the signatures of their attorneys hereunder, plaintiff
2   United States of America and claimant Stacy Barajas-Nunez
3   ("Barajas-Nunez") ask that this court enter this consent judgment
4   as to certain of the defendant assets. This consent judgment
5   regards the interests of claimant Barajas-Nunez only in the
6   following defendant vehicles, the only defendant assets in which
7   claimant claims an ownership interest:

8         a.    One 2006 Infinity QX56 SUV, VIN: 5N3AA08A06N808930,
9               registered to Barajas-Nunez, listed as item 4b on
10              the First Amended Complaint for forfeiture;
11        b.    One 2007 Cadillac Escalade SUV,
12              VIN: 1GYFK66887R189162, registered to Barajas-Nunez,
13              listed as item 4c on the First Amended Complaint for
14              forfeiture;
15        c.    One 2007 Cadillac Escalade SUV, VIN:
16              3GKFK62837G163932, registered to Barajas-Nunez,
17              listed as item 4d on the First Amended Complaint for
18              forfeiture;
19        d.    One 2007 Mercedes-Benz S Class S550, VIN:
20              WDDNG71X37A042940, registered to Barajas-Nunez,
21              listed as item 4e on the First Amended Complaint for
22              forfeiture;
23        e.    One 2005 Mercedes Benz G55 SUV, VIN:
24              WDCYR71E85X164150, registered to Barajas-Nunez,
25              listed as item 4f on the First Amended Complaint for
26              forfeiture; and
27        f.    One 2006 Ford F650 Pick Up Truck, VIN:
28              3FRNW66X56V235167, registered to Barajas-Nunez,

1   listed as item 4g on the First Amended Complaint for

2   forfeiture.

3   **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

4   1.   This court has jurisdiction over the parties to this

5   proposed consent judgment and the subject matter of this action.

6   2.   The defendant assets to be forfeited or returned are set

7   out immediately below.   To the extent that any asset or interest is

8   forfeited pursuant to this judgment, the United States shall

9   dispose of such asset or interest in accordance with law.

10   a.   One 2006 Infinity QX56 SUV, VIN: 5N3AA08A06N808930,

11   is hereby forfeited to the United States, and no

12   other right, title or interest shall exist therein.

13   b.   One 2007 Cadillac Escalade SUV,

14   VIN: 1GYFK66887R189162 shall be returned to Stacy

15   Barajas-Nunez in care of her attorney Albert Perez,

16   Jr., Esq. 1000 Lakes Drive, Suite 380, West Covina,

17   California 91790.

18   c.   One 2007 Cadillac Escalade SUV, VIN:

19   3GKFK62837G163932 shall be returned to Stacy

20   Barajas-Nunez in care of her attorney Albert Perez,

21   Jr., Esq. 1000 Lakes Drive, Suite 380, West Covina,

22   California 91790.

23   d.   One 2007 Mercedes-Benz S Class S550, VIN:

24   WDDNG71X37A042940, is hereby forfeited to the United

25   States, and no other right, title or interest shall

26   exist therein.

27   e.   One 2005 Mercedes Benz G55 SUV, VIN:

28   WDCYR71E85X164150 shall be returned to Stacy

3

1            Barajas-Nunez in care of her attorney Albert Perez,

2            Jr., Esq. 1000 Lakes Drive, Suite 380, West Covina,

3            California 91790.

4       f.    One 2006 Ford 650 Pick Up Truck, VIN:

5            3FRNW66X56V235167 shall be returned to Stacy

6            Barajas-Nunez in care of her attorney Albert Perez,

7            Jr., Esq. 1000 Lakes Drive, Suite 380, West Covina,

8            California 91790.

9     3.    Claimant Stacy Barajas-Nunez hereby releases the United

10 States of America, its agencies, agents, and officers, including

11 employees and agents of the United States Drug Enforcement

12 Administration, from any and all claims, actions or liabilities

13 arising out of or related to this action, including, without

14 limitation, any claim for attorneys' fees, costs or interest which

15 may be asserted on his behalf, whether pursuant to 28 U.S.C. § 2465

16 or otherwise.

17

18 DATED: _August 24_ , 2008

19

20                  THE HONORABLE VIRGINIA A. PHILLIPS

21                  UNITED STATES DISTRICT JUDGE

22

23          **Consent of the Parties to this Consent Judgment**
               **Appears on the Following Page**

24

25

26

27

28

**Approved as to form and content:**

DATED: _____7/29_____, 2008

                         THOMAS P. O'BRIEN
                         United States Attorney
                         CHRISTINE C. EWELL
                         Assistant United States Attorney
                         Chief, Criminal Division
                         STEVEN R. WELK
                         Assistant United States Attorney
                         Chief, Asset Forfeiture Section

                         DEE R. EDGEWORTH
                         Special Assistant United States Attorney
                         Asset Forfeiture Section

                         Attorneys for Plaintiff
                         United States of America

DATED: _____July 16, 2008_____, 2008

                         ALBERT PEREZ, JR.
                         Attorney for Claimant Stacy Barajas-Nunez