THOMAS O. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar Number 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
DEE R. EDGEWORTH
Special Assistant United States Attorney
California Bar Number 103302
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (909) 891-3301
    Facsimile: (909) 891-3626
    Email     dedgeworth@da.sbcounty.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$252,460.00 IN U.S. CURRENCY, ONE 1960 CHEVROLET IMPALA, THREE 2007 CADILLAC ESCALADES, ONE 2006 INFINITY QX SUV, ONE 2007 MERCEDES BENZ S CLASS S550, ONE 2005 MERCEDES BENZ G55 SUV, AND ONE 2006 FORD F650 PICK UP TRUCK,<br><br>        Defendants.<br><br>THERESA BARRASA, SALVADOR HERNANDEZ, SR.<br><br>        Claimants. | EDCV 07-635 VAP (JCx)<br><br>**CONSENT JUDGMENT OF FORFEITURE AS TO CERTAIN OF THE DEFENDANT ASSETS**<br><br>**[NOTE: THIS JUDGMENT CONCLUDES THIS ACTION]** |

1   By the signatures hereunder, attorney for the plaintiff United
2 States of America and claimants Pro Se Theresa Barrasa ("Barrasa")
3 and Salvador Hernandez, Sr. ("Hernandez Sr.") ask that this court
4 enter this consent judgment as to certain of the defendant assets.
5 This consent judgment regards the interests of claimants Barrasa
6 and Hernandez Sr. only in the following defendant U.S. currencies,
7 the only defendant assets in which claimants claim an ownership
8 interest:

     a.   $8,047.00 in U.S. Currency listed as item 4a(1) on the First Amended Complaint for forfeiture;

     b.   $3,538.00 in U.S. currency listed as item 4a(2) on the First Amended Complaint for forfeiture;

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties to this proposed consent judgment and the subject matter of this action.

2. The defendant assets to be forfeited or returned are set out immediately below. To the extent that any asset or interest is forfeited pursuant to this judgment, the United States shall dispose of such asset or interest in accordance with law.

     a.   $4,500.00, of the $8,047.00 in U.S. currency, together with all interest actually earned on that amount since seizure, shall be returned to claimant Salvador Hernandez, Sr. by check payable to Salvador Hernandez, Sr. and shall be mailed to 11216 Sierra Avenue, Fontana, California 92337. The balance of the res consisting of $3,547.00 is hereby forfeited to the United States, and no other right, title or interest shall exist therein.

2

    b. $1,538.00 of the $3,538.00 in U.S. currency, together with all interest actually earned on that amount since seizure, shall be returned to claimant Theresa Barrasa by check payable to Theresa Barrasa and shall be mailed to 16196 Ivy Avenue, Fontana, California 92336-3350. The balance of the res consisting of $2,000.00 is hereby forfeited to the United States, and no other right, title or interest shall exist therein.

  3. Claimants Theresa Barrasa and Salvador Hernandez, Sr. hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on his behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise.

  4. Each party shall bear its own costs of litigation and attorney's fees. Each party waives its right to appeal. The parties agree that the Court's entry of this Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

///
///
///
///
///
///

5. The parties agree that the Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this settlement.

DATED: _February 19, 2009

*Virginia A. Phillips*
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

**Consent of the Parties to this Consent Judgment**
**Appears on the Following Page**

**Approved as to form and content:**

DATED: _____, 2009

        THOMAS P. O'BRIEN
        United States Attorney
        CHRISTINE C. EWELL
        Assistant United States Attorney
        Chief, Criminal Division
        STEVEN R. WELK
        Assistant United States Attorney
        Chief, Asset Forfeiture Section


        _____
        DEE R. EDGEWORTH
        Special Assistant United States Attorney
        Asset Forfeiture Section

        Attorneys for Plaintiff
        United States of America


DATED: _____, 2009


        _____
        THERESA BARRASA
        Claimant, Pro Se


DATED: _____, 2009


        _____
        SALVADOR HERNANDEZ, SR.
        Claimant, Pro Se